# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KYLE B. McDANIEL
ADC #107283                                                    PLAINTIFF

v.                              No. 3:17-cv-155-DPM-JJV

GREENE COUNTY SHERIFF'S DEPARTMENT;
TARRIN HUGGINS, Employee, Greene
County Detention Facility; and SUSAN
BAIRD, Employee, Greene County
Detention Center                                              DEFENDANTS

## ORDER

On *de novo* review, the Court overrules McDaniel's objections, № 14 &

15, and adopts the Magistrate Judge's partial recommendation, № 4, as

modified. FED. R. CIV. P. 72(b)(3). The Doe defendants have been identified

as Huggins and Baird. McDaniel's individual claims against them go

forward, but he can't sue the department under § 1983. The Greene County

Sheriff's Department is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2017