# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KYLE B. McDANIEL                                                                    PLAINTIFF
ADC #107283

v.                                           3:17cv00155-DPM-JJV

GREENE COUNTY SHERIFF'S
DEPARTMENT; *et al.*                                                           DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**DISPOSITION**

Kyle B. McDaniel ("Plaintiff") filed this 42 U.S.C. § 1983 action *pro se* on June 15, 2017. (Doc. No. 2.) He alleges Defendants, officials at the Greene County Detention Facility, ignored his complaints that he was not receiving enough protein and losing weight. (*Id*. at 4-5.) On June 16, 2017, I screened Plaintiff's Complaint and recommended he be allowed to proceed on his claims against the Doe Defendants, unnamed "medical staff." (Doc. No. 4 at 2.) I ordered him to file, within ninety (90) days, a Motion for Service stating the full name and service address of any Doe Defendant. (Doc. No. 3 at 3.) Plaintiff filed his Motion for Service on July 14, 2017, identifying the Doe Defendants as Tarrin Huggins and Susan Baird, both employees of the Greene County Detention Facility. (Doc. No. 10.) I granted the Motion for Service on July 17, 2017, and directed service of the Complaint and Summons on Defendants Huggins and Baird on July 20, 2017. (Doc. Nos. 11, 12.) Attempted service at the Greene County Detention Facility was unsuccessful, and Summonses for both Defendants were returned unexecuted on August 15, 2017. (Doc. Nos. 20, 21.)

On August 16, 2017, I ordered Plaintiff to provide viable service addresses for Defendants Huggins and Baird within thirty (30) days. (Doc. No. 22.) I cautioned Plaintiff that his failure to

do so would result in a recommendation of dismissal pursuant to Federal Rule of Civil Procedure 4(m).  (*Id*.)  Plaintiff failed to comply with or otherwise respond to that Order.

On September 25, 2017, I again cautioned Plaintiff that, pursuant to Rule 4(m), a defendant who is not served within ninety (90) days after the complaint is filed is subject to dismissal.  (Doc. No. 23.)  Although more than ninety days had passed since Plaintiff's Complaint was filed, I afforded him ninety days from the date Defendants Huggins and Baird were first identified to effect service on them.  (*Id*.)  I ordered Plaintiff to provide viable service addresses for both Defendants by October 12, 2017, and warned him that his failure to do so would result in a recommendation of dismissal.  (*Id*.)

That deadline has passed, and Plaintiff has not complied with or otherwise responded to my Order.  Plaintiff has been given a reasonable opportunity to effect service and was repeatedly warned that his failure to comply with orders to provide addresses would result in a recommendation of dismissal.

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants Huggins and Baird be DISMISSED without prejudice from this cause of action.

2. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 16th day of October, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE