# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KYLE B. McDANIEL,
ADC #107283                                                 PLAINTIFF

v.                    No. 3:17-cv-155-DPM

TARRIN HUGGINS, Employee,
Greene County Detention Facility
and SUSAN BIRD, Employee,
Greene County Detention Facility            DEFENDANTS

## ORDER

Unopposed recommendation, № 24, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McDaniel hasn't provided good addresses for service, № 22, or kept his address current; his mail is being returned. № 25 & 26. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017