# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KYLE B. McDANIEL,**
**ADC #107283**                                                          **PLAINTIFF**

v.                              No. 3:17-cv-155-DPM

**GREENE COUNTY SHERIFF'S**
**DEPARTMENT; TARRIN HUGGINS,**
**Employee, Greene County Detention**
**Facility; and SUSAN BIRD, Employee,**
**Greene County Detention Facility**                              **DEFENDANTS**

## JUDGMENT

McDaniel's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017