IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KYLE B. McDANIEL
ADC #107283                                                                                                PLAINTIFF

v.                             No. 3:17-cv-155-DPM

GREENE COUNTY SHERIFF'S DEPARTMENT;
TARRIN HUGGINS, Employee, Greene
County Detention Facility; and SUSAN
BAIRD, Employee, Greene County
Detention Center                                    DEFENDANTS

ORDER

Motion for belated appeal, № 32, denied. McDaniel's lack of legal knowledge is not a sufficient reason to reopen the time to appeal. FED. R. APP. P. 4(a)(6). Further, the Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 27.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 July 2019