IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KYLE B. McDANIEL
ADC #107283                                                                                               PLAINTIFF

v.                          No. 3:17-cv-155-DPM

GREENE COUNTY SHERIFF'S DEPARTMENT;
TARRIN HUGGINS, Employee, Greene
County Detention Facility; and SUSAN
BAIRD, Employee, Greene County
Detention Center                                   DEFENDANTS

ORDER

Motions to amend complaint and for appointed counsel, № 37 & № 38, denied. The Court dismissed McDaniel's complaint; and nothing in his new papers warrants relief from the Judgment and final Order. № 27 & № 28. This case is closed.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 August 2019