# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KYLE B. McDANIEL**
**ADC #107283**                                                **PLAINTIFF**

v.                          **No. 3:17-cv-155-DPM**

**GREENE COUNTY SHERIFF'S DEPARTMENT;**
**TARRIN HUGGINS, Employee, Greene**
**County Detention Facility; and SUSAN**
**BAIRD, Employee, Greene County**
**Detention Center**                                           **DEFENDANTS**

## ORDER

Motion for leave to proceed *in form pauperis* on appeal, № 45,
denied. The Court certified that an *in forma pauperis* appeal would not be
taken in good faith. № 27. If McDaniel wants to pursue his appeal, then
he must either pay the $505 appellate filing and docketing fee in this
Court or file an application to proceed *in forma pauperis* in the United
States Court of Appeals for the Eighth Circuit. № 42.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 September 2019